UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20253-CIV-ALTONAGA/GOODMAN

HARRY SHECHTER,

     Plaintiff,

vs.

MARKEL AMERICAN
INSURANCE COMPANY,

     Defendant.

_____/

## AMENDED NOTICE OF STIPULATION OF MEDIATOR

Plaintiff, Harry Shechter, and Defendant, Markel American Insurance Company, stipulate

to the following mediator in this case pursuant to the Order Setting Trial and Pre-Trial Schedule,

Requiring Mediation, and Referring Certain Matters to Magistrate Judge [DE 13], dated March

30, 2018, and the Court's Order dated April 23, 2018 [DE 20]:

**Michael Essington, Mediator**
**1221 Brickell Avenue**
**Suite 2400**
**Miami, FL 33131**

          Respectfully submitted,

          MASE TINELLI MEBANE & BRIGGS, P.A.
          *Attorneys for Plaintiff*
          2601 S. Bayshore Drive, Suite 800
          Miami, Florida 33133
          Telephone:  (305) 377-3770
          Facsimile: (305) 377-0080

     By:  */s/  Gabriel J. Fernandez*_____
         ANTHONY J. TINELLI
         Florida Bar No.: 959901
         atinelli@maselaw.com
         jthompson@maselaw.com

GABRIEL J. FERNANDEZ
Florida Bar No. 92374
gfernandez@maselaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2018, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   */s/ Gabriel J. Fernandez*
GABRIEL J. FERNANDEZ

## SERVICE LIST

HARRY SHECHTER V. MARKEL AMERICAN INSURANCE COMPANY

CASE NO.: 18-20253-CIV-ALTONAGA/GOODMAN

| | |
|---|---|
| MASE TINELLI MEBANE & BRIGGS, P.A.<br>*Attorneys for Plaintiff*<br>2601 S. Bayshore Drive, Suite 800<br>Miami, Florida 33133<br>Telephone: (305) 377-3770<br>Facsimile: (305) 377-0080<br><br>ANTHONY J. TINELLI<br>Florida Bar No.: 959901<br>atinelli@maselaw.com<br>jthompson@maselaw.com<br>GABRIEL J. FERNANDEZ<br>Florida Bar No. 92374<br>gfernandez@maselaw.com | HAMILTON, MILLER & BIRTHISEL, LLP<br>*Attorneys for Defendant*<br>150 Southeast Second Avenue, Suite 1200<br>Miami, Florida 33133<br>Telephone: (305) 379-3686<br>Facsimile: (305) 379-3690<br><br>JERRY D. HAMILTON<br>Florida Bar No.: 970700<br>jhamilton@hamiltonmillerlaw.com<br>JONATHAN H. DUNLEAVY<br>Florida Bar No. 459666<br>jdunleavy@hamiltonmillerlaw.com |

Exhibit "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20253-CIV-ALTONAGA/GOODMAN

HARRY SHECHTER,

     Plaintiff,

vs.

MARKEL AMERICAN
INSURANCE COMPANY,

     Defendant.

_____/

**JOINT PROPOSED ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Mediator Michael Essington at 9:00 am on August 3, 2018, at 1221 Brickell Ave Suite 2400, Miami, FL 33131.

ENTERED this ___ day of _____, 2018.

_____
CECILIA M. ALTONAGA
U.S. District Judge

Copies furnished:
All counsel of record

5