UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20253-CIV-ALTONAGA/GOODMAN

HARRY SHECHTER,

    Plaintiff,

vs.

MARKEL AMERICAN
INSURANCE COMPANY,

    Defendant.
_____/

## MEDIATION REPORT

MICHAEL P. ESSINGTON, ESQUIRE, the undersigned Certified Mediator reports to this Honorable Court as follows:

A.     Mediation was held on August 8, 2018 @ 2:00 pm.

☐     An agreement was reached.

*X*     No agreement was reached, impasse declared.

☐     The parties wish to adjourn the mediation and continue settlement negotiations.

B.     All required parties participated.

## CERTIFICATE OF SERVICE

THE UNDERSIGNED MEDIATOR HEREBY CERTIFIES that on the 8th day of August, 2018, I electronically filed with the Clerk of this Court using CM/ECF this Notice of Mediation and also to all counsel of record on the attached Service List in the manner specified pursuant to CM/ECF Administrative Procedure.

          /s/ Michael P. Essington
          MICHAEL P. ESSINGTON, ESQ.
          Florida Bar No.: 019127
          Michael P. Essington, P.A.
          1221 Brickell Avenue, Suite 2400
          Miami, Florida 33131

(T)305-347-5678<br>
(F)305-347-5676<br>
(C)305-282-1783<br>
michael.essington@yahoo.com

## SERVICE LIST

| TINELLI FERNANDEZ, PLLC | HAMILTON, MILLER & BIRTHISEL, LLP |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 2222 Ponce de Leon Blvd., Suite 300 | 150 Southeast Second Avenue, Suite 1200 |
| Coral Gables, FL 33134 | Miami, Florida 33133 |
| Telephone: (305) 433-3520 | Telephone: (305) 379-3686 |
| | Facsimile: (305) 379-3690 |
| ANTHONY J. TINELLI | |
| tinelli@tinellilaw.com | JERRY D. HAMILTON |
| thompson@tinellilaw.com | jhamilton@hamiltonmillerlaw.com |
| GABRIEL J. FERNANDEZ | JONATHAN H. DUNLEAVY |
| fernandez@tinellilaw.com | jdunleavy@hamiltonmillerlaw.com |