UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20253-Civ-ALTONAGA/GOODMAN

HARRY SHECHTER

    Plaintiff,
v.

MARKEL AMERICAN
INSURANCE COMPANY

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant, MARKEL AMERICAN INSURANCE COMPANY ("Defendant"), by and through undersigned counsel, hereby advise the Court that the parties have reached a settlement in this matter regarding all pending Complaints currently before this Court. The parties are in the process of drafting the appropriate settlement documents.

As such, the parties respectfully request that the Court stay all deadlines until the post-settlement documents have all been executed and the Notice of Dismissal has been filed.

                                    Respectfully submitted,

                                    /s/ Jonathan H. Dunleavy
                                    Jerry D. Hamilton
                                    Florida Bar No.: 970700
                                    jhamilton@hamiltonmillerlaw.com
                                    Jonathan H. Dunleavy
                                    Florida Bar No.: 459666
                                    jdunleavy@hamiltonmillerlaw.com

Hamilton, Miller & Birthisel, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 379-3686
Facsimile: (305) 379-3690
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 28, 2018, I electronically filed the foregoing document with the Clerk of the court using the E-Filing Portal. I also certify the foregoing document is being served this day on all counsel of record or pro se parties identified on the attahced Service List by electronic mail.

/s/ *Jonathan H. Dunleavy*
Jonathan H. Dunleavy

## SERVICE LIST

Anthony J. Tinelli, Esq.
Gabriel J. Fernandez, Esq.
TINELLI FERNANDEZ
2222 Ponce De Leon Blvd.
Suite 300
Coral Gables, Florida 33134
Telephone No.: (305) 735-3800
Facsimile No.: (305) 370-6750
Tinelli@tinellilaw.com
Fernandez@tinellilaw.com
Thompson@tinellilaw.com